FILED
APR 10 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR1134-BTM |
|---|---|---|
| Plaintiff, | ) | I N F O R M A T I O N |
| v. | ) | Title 21, U.S.C., Secs. 952 and 960 – Importation of Marijuana (Felony) |
| JOSE CARLOS CIENFUEGOS-GARCIA, | ) | |
| Defendant. | ) | |

The United States Attorney charges:

On or about March 14, 2008, within the Southern District of California, defendant JOSE CARLOS CIENFUEGOS-GARCIA, did knowingly and intentionally import approximately 48.08 kilograms (105.77 pounds) of Marijuana (net weight), a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: April 10, 2008.

KAREN P. HEWITT
United States Attorney

*/s/ John of Wein for*

W. MARK CONOVER
Assistant U.S. Attorney

WMC:jam:Imperial
4/10/08