

FILED

7/7/08

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                                    DEPUTY

USA                                                                                  8cr1134-BTM

-v-

Cienfuegos-Garcia

# Document Stricken from the Record

# Document No: 15